LAW OFFICE OF KEN SCHNEIDER, PS                The Honorable Marc Barreca
2015 33rd Street                                United States Bankruptcy Judge
Everett, WA 98201
(425) 258-2704

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In re MICHAEL T. DOLIUM      )    IN PROCEEDINGS UNDER CH. 7
                             )
                             )    NO. 18-12632
                             )
                             )    NOTICE OF RESCISSION OF
                             )    REAFFIRMATION AGREEMENT
            Debtor(s)        )
_____)

The debtor(s), through his attorney, hereby notifies Performance Finance (creditor) that he is rescinding the reaffirmation agreement in the amount of $28,379.95 secured by 2017 Indian Motrcls Roadmaster. The reaffirmation agreement was filed with the Court on August 16, 2018.

DATED: 9-21-18                    /s/ Ken Schneider
                                  Ken Schneider, WSBA #22410
                                  Attorney for debtor

DATED: 9-21-18                    /s/ Michael Dolium
                                  Michael Dolium, Debtor

NOTICE OF RESCISSION OF                 LAW OFFICE OF KEN SCHNEIDER, PS
REAFFIRMATION AGREEMENT - 1             2015 33RD STREET
                                        EVERETT, WA 98201 (425) 258-2704

Case 18-12632-MLB    Doc 14    Filed 09/25/18    Ent. 09/25/18 09:41:47    Pg. 1 of 1